Maria Rozo                                                    November 15, 2013

|  |  |  |
|---|---|---|
| **Attention:** | File #: | 09-270 |
|  | Inv #: | 371 |

**RE:**      Rozo

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-21-13 | Consultation and review of client documents. (LT). | 2.00 | 400.00 | CE |
| Jun-07-13 | Draft demand letter to Defendants.(LT). | 0.70 | 140.00 | CE |
| Jul-22-13 | Draft Complaint. (LT). | 2.00 | 400.00 | CE |
| Jul-29-13 | Revise and finalize Complaint. | 0.50 | 175.00 | CE |
| Aug-15-13 | Prepare Interrogatories and requests for Production of Documents. (LT). | 1.50 | 300.00 | CE |
| Oct-16-13 | Prepare Default package. (LT). | 1.50 | 300.00 | CE |
| Nov-14-13 | Prepare Motion for Final Judgment, Proposed Order with full findings, affidavits and fees motion. | 2.50 | 875.00 | CE |
| | Totals | 10.70 | $2,590.00 | |

**Total Fee & Disbursements**                                    **$2,590.00**

**Balance Now Due**                                             **$2,590.00**

**Law Offices of Charles Eiss, P.L.**

8211 W. Broward Boulevard
Suite 375
Plantation, FL 33324 USA

Ph:954-812-9513          Fax:954-473-4907

Maria Rozo                                                  March 6, 2015


|            |          | File #:  | 09-270 |
|------------|----------|----------|--------|
| **Attention:** |      | Inv #:   | 403    |

**RE:**   Rozo

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-02-13 | Draft response to Show Cause Order. | 0.50 | 175.00 | CE |
| Dec-03-13 | Review Defendant's Answer and other responsive pleadings. | 0.50 | 175.00 | CE |
| Dec-19-13 | Draft Motion to Strike Corporation's Answer. | 0.30 | 105.00 | CE |
|  | Draft Response to Motion to Vacate. | 1.00 | 350.00 | CE |
| Mar-21-14 | Conference with Counsel and Draft Joint Scheduling Report (LM). | 1.50 | 300.00 | CE |
|  | Draft Statement of Claim (LM). | 1.50 | 300.00 | CE |
| Apr-08-14 | Draft modified Interrogatories and Requests for Production based on Answer / Defenses ultimately received. (LM). | 2.00 | 400.00 | CE |
|  | Draft Initial Disclosures (LM). | 1.50 | 300.00 | CE |
| May-28-14 | Review discovery responses received. | 1.00 | 350.00 | CE |
| Jun-19-14 | Deposition preparation. | 1.00 | 350.00 | CE |
|  | Deposition Preparation (LM). | 4.00 | 800.00 | CE |
| Jul-03-14 | Draft Motion to Compel (LM). | 2.00 | 400.00 | CE |

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Aug-12-14 | Meeting with clients for deposition of Defendant and mediation; T/C's counsel re: Motion for Sanctions and draft same. | 2.50 | 875.00 | CE |
| Aug-13-14 | Draft Motion for Sanctions and Supporting Documentation. | 2.50 | 875.00 | CE |
| Aug-19-14 | Deposition of Chelton Charles. | 2.50 | 875.00 | CE |
| Aug-20-14 | Attendance at mediation. | 3.50 | 1,225.00 | CE |
| Jan-09-15 | Draft Motion for Default and supporting documents. | 1.00 | 350.00 | CE |
| Jan-29-15 | T/C's and correspondences Counsel and Draft Response to Show Cause Order. (LM). | 1.50 | 300.00 | CE |
| Feb-05-15 | Draft Pre-Trial Stipulation and related documents. | 3.00 | 1,050.00 | CE |
| Feb-10-15 | Attendance at calendar call. | 3.00 | 1,050.00 | CE |
| Mar-06-15 | Draft Motion for Default FInal Judgment, Proposed Finding of Facts and related documents. | 3.50 | 1,225.00 | CE |
| | Totals | 39.80 | $11,830.00 | |

**Total Fee & Disbursements**                    **$11,830.00**
Previous Balance                                       2,590.00

**Balance Now Due**                               **$14,420.00**