UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-61586-CIV-MOORE/MCALILEY

MARIA ROZO, LUDMILLA MANASSE,
and others similarly situated

    Plaintiff,

v.

PERFECT MULTI, LLC, a Florida Limited
Liability Company and CHELTON CHARLES, Individually,

    Defendants.
_____/

## MOTION TO COMPEL DISCOVERY IN AID OF THE JUDGMENT OR EXECUTION AND FOR SANCTIONS

Plaintiffs, MARIA ROZO and LUDMILLA MANASSE, (collectively, "Plaintiffs"), by and through their undersigned counsel and pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby move the Court to compel discovery in aid of the judgment or execution, as to PERFECT MULTI, LLC, a Florida Limited Liability Company and CHELTON CHARLES, Individually, and for an award of sanctions, and in support state:

1. On May 29, 2015, this Court entered a Default Final Judgment (the "Final Judgment") in this action in favor of Plaintiffs and against Defendants. As of the date of this Motion, the Final Judgment has not been satisfied, and post-judgment discovery has not been stayed.

2. Plaintiffs noticed Defendants deposition *duces tecum* in aid of the judgment or execution. The Notice of Taking Deposition *Duces Tecum*, which is attached hereto as Exhibit "1" (the "Notice"), scheduled the deposition of Chelton Charles, individually and as President of

1

Perfect Multi, LLC, for Monday, July 25, 2016, at 1:00 p.m. The Notice was served on each Chelton Charles, Individually and as President of Perfect Multi, LLC on June 13, 2016, according to the USPS Tracking Information attached hereto as Composite Exhibit "2."

3. Chelton Charles, Individually and as President of Perfect Multi, LLC did not appear for the deposition that was scheduled by the Notice. The Certificate of Non-Appearance is attached hereto as Exhibit "3."

4. Plaintiffs are hereby moving the Court to order Chelton Charles, Individually and as President of Perfect Multi, LLC, to appear for a deposition within four weeks from the date on which such an Order is entered. Furthermore, Plaintiffs are requesting that this Court award Plaintiffs sanctions against Chelton Charles, Individually and as President of Perfect Multi, LLC, in the amount of reasonable attorney's fees and court costs incurred by Plaintiffs in preparing this Motion, securing a court reporter's attendance at the deposition, and obtaining a copy of the Certificate of Non-Appearance. The undersigned counsel has spent no less than 3.0 hours preparing this Motion, and his current, standard, hourly rate is $350.00 per hour. Moreover, Plaintiffs were charged $115.00 for a court reporter's attendance at the deposition and for the Certificate of Non-Appearance. *See* Invoice No. 1338366 from U.S. Legal Support, Inc. attached hereto as Exhibit "4."

5. Pursuant to Rule 37(a)(1), the undersigned counsel hereby certifies that he has in good faith conferred or attempted to confer with Chelton Charles, Individually and as President of Perfect Multi, LLC, in an effort to obtain the above-referenced discovery without court action.

WHEREFORE, Plaintiffs Maria Rozo and Ludmilla Manasse, respectfully request that this Honorable Court:

A. Order Chelton Charles, Individually and as President of Perfect Multi, LLC, to appear for a deposition at the undersigned counsel's office on a date and time to be selected by Plaintiffs that is not more than four weeks from the date on which this Court rules on this Motion;

B. Award Plaintiffs sanctions against Chelton Charles, Individually and as President of Perfect Multi, LLC in the amount of reasonable attorney's fees and court costs incurred by Plaintiffs in preparing this Motion, securing a court reporter's attendance at the deposition, and obtaining a copy of the Certificate of Non-Appearance; and

C. Award such other and further relief as this Court may deem just and proper.

## MEMORANDUM OF LAW

Rule 69(a)(2) of the Federal Rules of Civil Procedure provides that, "[i]n aid of the judgment or execution, the judgment creditor . . . may obtain discovery from any person including the judgment debtor as provided in these rules or by the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(2) (2010). Rule 30 provides that "a party may, by oral questions, depose any person, including a party without leave of court, except as provided in Rule 30(a)(2)."1 Fed. R. Civ. P. 30(a)(1) (2010).[1]

If the deponent fails to answer question asked under Rule 30, a party seeking discovery may move the court for an order compelling an answer. *See* Fed. R. Civ. P. 37(a)(3)(B)(i)

---

[1] 1 Rule 30(a)(2) provides as follows:
(2) *With Leave.* A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(2):
(A) if the parties have not stipulated to the deposition and:
(i) the deposition would result in more than 10 depositions being taken under this rule or Rule 31 by the plaintiffs, or by the defendants, or by the third-party defendants;
(ii) the deponent has already been deposed in the case; or
(iii) the party seeks to take the deposition before the time specified in Rule 26(d), unless the party certifies in the notice, with supporting facts, that the deponent is expected to leave the United States and be unavailable for examination in this country after that time; or
(B) if the deponent is confined in prison.
None of the circumstances contemplated by Rule 30(a)(2) apply to the instant situation.

(2010). Moreover, if the party or party's officer, director, or managing agent fails to obey an order to provide or permit discovery, "the [district] court where the action is pending may issue further just orders," which may include "treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination," Fed. R. Civ. P. 37(b)(2)(vii) (2010), as well as "order the disobedient party . . . to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(b)(2)(C) (2010).

In aid of the Final Judgment or execution, Plaintiffs have properly sought to obtain discovery from both Defendant Chelton Charles, Individually and as President of Perfect Multi, LLC, parties to this action, as provided by the Rules and by the procedures of the State of Florida. Because Chelton Charles, Individually and as President of Perfect Multi, LLC failed to appear for a duly noticed deposition *duces tecum*, Plaintiffs are properly moving this Court for an Order compelling his appearance at the deposition, as well as for an award of sanctions for his initial non-appearance.

DATED: August 2, 2016.

                                     **LAW OFFICES OF CHARLES EISS, P.L.**
Attorneys for Plaintiff
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
(954) 914-7890 (Telephone)
(855) 423-5298 (Facsimile)

By:   /s/ Charles M. Eiss
CHARLES M, EISS, Esq.
Fla. Bar #612073
ceiss@icelawfirm.com
LINDSAY M. MASSILLON, Esq.
Fla. Bar #92098
lmassillon@icelawfirm.com
NATHALY LEWIS, Esq.
Fla. Bar # 118315
nlewis@icelawfirm.com

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 2nd day of August, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day via U.S. Mail delivery to: Mr. Chelton Charles, individually and as President of PERFECT MULTI, LLC., 3870 Riverside Drive, Number 3, Coral Springs, FL  33063.

/s/ Charles M. Eiss
CHARLES M.  EISS, Esq.

## SERVICE LIST

**United States District Court**
**Southern District of Florida**

*Maria Rozo, Ludmilla Manasse, and others similarly situated vs. Perfect Multi, LLC, and Chelton Charles, Individually*
*CASE NO.: 13-61586-CIV-MOORE/MCALILEY*

Charles M. Eiss, Esq.
Florida Bar No. 612073
Email: ceiss@icelawfirm.com
Lindsay M. Massillon, Esq.
Florida Bar No. 92098
Email: lmassillon@icelawfirm.com
Nathaly Lewis, Esq.
Florida Bar No. 118315
Email: nlewis@icelawfirm.com
**LAW OFFICES OF CHARLES EISS, P.L.**
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
Tel: (954) 914-7890
Fax: (855) 423-5298

Mr. Chelton Charles,
individually and as President of PERFECT MULTI, LLC.
3870 Riverside Drive, 3
Coral Springs, FL  33063

*Via US Mail*